UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

U.S.A. FAMOUS ORIGINAL RAY'S
LICENSING CORP.,                         12 Civ. 8753 (JGK)

              Plaintiff,           <u>ORDER</u>

  - against -

FAMOUS RAY'S PIZZA BUFFET, INC.,
              Defendant.
────────────────────────────────

JOHN G. KOELTL, District Judge:

    This Court found that the plaintiff, U.S.A. Famous Original Ray's Licensing Corp., was entitled to a default judgment against the defendant, Famous Ray's Pizza Buffet, Inc. The Court referred the case to Magistrate Judge Gorenstein for an inquest. The Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein dated September 26, 2013. The Report and Recommendation concludes that this Court should award the damages, attorney's fees and costs, and the injunction described therein.

    No objections have been filed with respect to the Report and Recommendation, and the time for such objections has passed. In any event, the Court finds that the Report and Recommendation is thorough and well reasoned and should be adopted in full. Therefore, the Court **adopts the Report and Recommendation.**

The plaintiff should submit a proposed judgment in conformity with the Report and Recommendation by **October 22, 2013**. The defendant may submit any objections and counter-judgment by **October 24, 2013**.

SO ORDERED.

Dated:  New York, New York
        October 17, 2013

                                             /s/ John G. Koeltl
                                             John G. Koeltl
                                             United States District Judge